IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:15-cv-00191 |
| | § | ADMIRALTY |
| | § | |
| M/V LILLESAND | § | |
| (ex SPT CHAMPION) | § | |
| IMO No. 9336397, | § | |
| her engines, tackle, equipment, | § | |
| furniture, appurtenances, | § | |
| etc., *in rem* | § | |
| | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, ING Bank N.V. (hereafter "ING Bank"), through undersigned counsel, files this notice of dismissal of its Verified Complaint against defendant, M/V LILLESAND (ex SPT CHAMPION), IMO No. 9336397, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* (hereafter the "Vessel"), without prejudice, as follows:

1.

On May 14, 2015, ING Bank filed its Verified Complaint against the Vessel. (Doc. 1.)

2.

As of this date, no opposing party has filed any statement of right or interest, answer or motion for summary judgment.

3.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and (B), ING Bank hereby files this notice of dismissal of its Verified Complaint, without prejudice, to its rights in the future to commence other litigation in this Court or in any other court or jurisdiction to arrest the Vessel as she may be located within those districts or jurisdictions.

Respectfully submitted:

*/s/ Joseph R. Messa*
**JOSEPH R. MESSA**
**Texas State Bar # 13970700**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, Texas 77057
Telephone: (713) 334-5644
Facsimile: (713) 334-5828
E-mail: jmessa@kingkrebs.com

**and**

**JAMES D. BERCAW**
**LAURA E. AVERY**
**(Motion for admission *pro hac vice* to be filed)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
E-Mail: jbercaw@kingkrebs.com
lavery@kingkrebs.com

*Attorneys for ING Bank N.V.*